13-1262  David Stebbins v. Harp & Associates

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 02/05/2013

**Case Name:**   David Stebbins v. Harp & Associates
**Case Number:**  13-1262

**Docket Text:**
Civil case docketed. [4001532] [13-1262]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Seth R. Jewell: siewell@wlj.com
Mr. Christopher R. Johnson:
Mr. Edwin L Lowther Jr.: elowther@wlj.com, srice@wlj.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com