13-1262  David Stebbins v. Harp & Associates

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/01/2013

**Case Name:**    David Stebbins v. Harp & Associates
**Case Number:**  13-1262

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. David Anthony Stebbins. w/service 03/01/2013 by USCA-8 , Length: 10 pages.
**10 COPIES OF PAPER BRIEFS FROM David Anthony Stebbins due 03/06/2013 WITH revised certificate of service for paper briefs**
. Brief of Harp & Associates due on 04/01/2013 [4010239] [13-1262]

**The following document(s) are associated with this transaction:**
Document Description:  brief filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Seth R. Jewell: sjewell@wlj.com
Mr. Edwin L Lowther Jr.: elowther@wlj.com, srice@wlj.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com