# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1262

David Anthony Stebbins

Appellant

v.

Harp & Associates, LLC, also known as Harp & Associates Real Estate Services

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03078-PKH)
_____

**ORDER**

Appellee's motion for an extension of time to file the brief is granted in part. Appellee may have until April 22, 2013 to file the brief.

March 06, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans