13-1262  David Stebbins v. Harp & Associates

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/23/2013

**Case Name:** David Stebbins v. Harp & Associates
**Case Number:** 13-1262

**Docket Text:**
**BRIEF FILED** - APPELLEE BRIEF filed by Harp & Associates, w/service 04/22/2013 , Length: 4460 words.
**10 COPIES OF PAPER BRIEFS FROM Harp & Associates due 04/29/2013 WITH revised certificate of service for paper briefs**
. Reply brief of David Anthony Stebbins due on 05/07/2013. [4027958] [13-1262]

**The following document(s) are associated with this transaction:**
Document Description: brief filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Seth Jewell: sjewell@wlj.com, twilliams@wlj.com,dlantz@wlj.com
Mr. Edwin L Lowther Jr.: elowther@wlj.com, srice@wlj.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com