13-1262  David Stebbins v. Harp & Associates

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/24/2013

**Case Name:**   David Stebbins v. Harp & Associates
**Case Number:**  13-1262

**Docket Text:**
Paper copies Appellee/Respondent brief, [4027958-2] filed by Harp & Associates 10 paper copies received.
[4029172] [13-1262]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Seth Jewell: sjewell@wlj.com, twilliams@wlj.com,dlantz@wlj.com
Mr. Edwin L Lowther Jr.: elowther@wlj.com, srice@wlj.com