**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 15, 2013

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

      RE: 13-1262 David Stebbins v. Harp & Associates

Dear Mr. Stebbins:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

      Michael E. Gans
      Clerk of Court

MDS

Enclosure(s)

cc:    Mr. Seth Jewell
       Mr. Christopher R. Johnson
       Mr. Edwin L Lowther Jr.

      District Court/Agency Case Number(s): 3:11-cv-03078-PKH