No: 13-1262

David Anthony Stebbins

Plaintiff - Appellant

v.

Harp & Associates, LLC, also known as Harp & Associates Real Estate Services

Defendant - Appellee

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03078-PKH)

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 15, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans