# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1262

David Anthony Stebbins

Appellant

v.

Harp & Associates, LLC, also known as Harp & Associates Real Estate Services

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03078-PKH)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

September 11, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans